UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDY KILBURN,                    Case No. 1:21-cv-579

    Plaintiff,                        Judge Michael R. Barrett

       v.

WARREN COUNTY JAIL,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 28, 2022. (Doc. 12). Proper notice was given to the parties under 28 U.S.C. 636(b)(1)(C) and Fed. R. Civ. P. 72(b), including notice that they may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the R&R (Doc. 12) were filed.

The R&R (Doc. 12) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**. Consistent with the recommendations by the Magistrate Judge, Defendant Warren County Jail's Motion to Dismiss Plaintiff's Complaint (Doc. 4) is **GRANTED** and Plaintiff's Motion to Add [Defendants] (Doc. 8) is **DENIED**. This case is **CLOSED** and **TERMINATED** from the active docket of this Court.

**IT IS SO ORDERED.**

                                    s/ *Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court